# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 04-cv-01387-WYD-OES

MONTY P. NICHOLS and CLARA L. NICHOLS

      Plaintiff(s),

v.

THE BOARD OF COUNTY COMMISSIONERS OF THE
COUNTY OF LA PLATA, COLORADO

      Defendant(s).

_____

## MINUTE ORDER MODIFYING SCHEDULING ORDER
_____

ORDER ENTERED BY U.S. MAGISTRATE JUDGE O. EDWARD SCHLATTER

Dated:  June 22, 2005

      This matter comes before the Court on the Defendant's Second Unopposed Motion to Modify Scheduling Order. The Court is fully advised in the matter and states as follows:

      1.     IT IS HEREBY ORDERED that the Scheduling Order shall be modified as follows:

            a.     Defendant's Expert Disclosures due on July 13, 2005;

            b.     Plaintiffs' Rebuttal Expert Disclosures due on August 10, 2005;

            c.     Discovery Cut Off deadline on September 21, 2005; and

            d.     Dispositive Motions due on October 24, 2005.

      2.     All other deadlines and provisions of the Scheduling Order shall remain in full force and effect.

Dated at Denver this day of June 22, 2005