IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 04-cv-01387-WYD-OES

HIGH MOUNTAIN LAKES, INC., a Colorado corporation,

Plaintiff(s),

vs.

THE BOARD OF COUNTY COMMISSIONERS OF THE COUNTY OF LA PLATA, COLORADO,

Defendant(s).

---

**MINUTE ORDER**

---

ORDER ENTERED BY MAGISTRATE JUDGE O. EDWARD SCHLATTER
Dated:  July 15, 2005

      Defendant's Third Unopposed Motion to Modify Scheduling Order [filed July 13, 2005] is GRANTED.  The Scheduling Order shall be amended to reflect the following dates and deadlines:

- Defendant's Expert Disclosures:                               July 15, 2005

- Plaintiffs' Rebuttal Expert Disclosures:                  August 12, 2005