IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No.  04-cv-1387-WYD-OES

MONTY P. NICHOLS and CLARA L. NICHOLS,

    Plaintiffs,

v.

THE BOARD OF COUNTY COMMISSIONERS OF THE COUNTY OF LA PLATA, COLORADO,

    Defendant.

---

### MINUTE ORDER

---

    Plaintiffs' Unopposed Motion for Extension of Time to Respond to Defendant's Motion for Summary Judgment, filed November 15, 2005, is **GRANTED**.  Plaintiffs shall have to and including **Monday, December 5, 2005**, to file their Response to Defendant's Motion for Summary Judgment.

    Dated:  November 16, 2005

                                      s/ M. Brooke McKinley
                                      Law Clerk to
                                      Wiley Y. Daniel
                                      U. S. District Judge