IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No.  04-cv-1387-WYD-OES

MONTY P. NICHOLS and CLARA L. NICHOLS,

     Plaintiffs,

v.

THE BOARD OF COUNTY COMMISSIONERS OF THE COUNTY OF LA PLATA, COLORADO,

     Defendant.

---

## ORDER TO AMEND JUDGMENT

---

THIS MATTER comes before the Court on Defendant's Unopposed Motion to Amend the Judgment Pursuant to FED. R. CIV. P. 59(e) [#65], filed October 5, 2006. After a review of the motion, I conclude that the previously entered judgment should be amended to allow the Defendant to recover allowable costs.  Accordingly, it is

ORDERED that Defendant's Unopposed Motion to Amend the Judgment Pursuant to FED. R. CIV. P. 59(e) is **GRANTED**.  It is

FURTHER ORDERED that the judgment filed September 25, 2006, is amended to allow the Defendant to recover its costs.  It is

FURTHER ORDERED that the judgment filed September 25, 2006, is to otherwise remain in full force and effect.

Dated: October 16, 2006

                                                 BY THE COURT:

                                                 s/ Wiley Y. Daniel
                                                 Wiley Y. Daniel
                                                 U. S. District Judge