IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Wiley Y. Daniel

Civil Action No.  04-cv-01387-WYD-MEH

MONTY P. NICHOLS and
CLARA L. NICHOLS,

      Plaintiffs,

v.

THE BOARD OF COUNTY COMMISSIONERS OF THE COUNTY OF LA PLATA, COLORADO,

      Defendant.
_____

## AMENDED JUDGMENT
_____

      Pursuant to and in accordance with the Order, filed on September 25, 2006, and the Order to Amend Judgment, filed October 16, 2006, by the Honorable Wiley Y. Daniel, United States District Judge, and incorporated herein by reference as if fully set forth, it is

      ORDERED that judgment is hereby entered in favor of Defendant, The Board of County Commissioners of the County of La Plata, Colorado, and against Plaintiffs, Monty P. Nichols and Clara L. Nichols, on Defendant's Motion for Summary Judgment.  It is further

      ORDERED that plaintiffs' complaint and action are dismissed with prejudice.  It is further

      ORDERED that defendant shall have its costs by the filing of a Bill of Costs with the Clerk of this Court within ten (10) days of entry of judgment.

Judge Wiley Y. Daniel
04-cv-01387-WYD-MEH - Amended Judgment

---

      DATED at Denver, Colorado this <u>17th</u> day of October, 2006.

                                      FOR THE COURT:

                                      GREGORY C. LANGHAM, CLERK


                                      <u>s/ Stephen P. Ehrlich</u>
                                      Stephen P. Ehrlich,
                                      Chief Deputy Clerk